2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED

JUL 1 5 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 13 Proceedings |
| David B. & Kristine K. Hill, ) | Case No.:2-09-bk-04009-RTB |
| Debtor(s). ) | |
| Citibank, N.A. as Trustee for the Certificate ) holders of Structured Asset Mortgage ) Investments II, Inc., Bear Stearns Alt-A ) Trust, Mortgage Pass-Through Certificates ) Series 2006-4, by EMC Mortgage Corp. As ) Attorney In Fact, ) | (EILEEN W. HOLLOWELL) |
| Movant, ) vs ) | ORDER OF RECUSAL (CITIBANK, N.A.) (Property - 2001 West Colter, Phoenix, Az.) |
| David B. & Kristine K. Hill, Debtors; and ) Edward J. Maney, Chapter 13 Trustee, ) Respondents. ) | |

Before the court is the Motion For Relief From The Automatic Stay filed by CITIBANK, N.A. It appears that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion, and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for his consideration.

DATED this _15_ day of July, 2009.

Honorable Redfield T. Baum
United States Bankruptcy Judge

07/16/2009

Copy of the foregoing
mailed this _15_ day of
July, 2009 to:

David E. McAllister
Josephine E. Piranio
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Mark Wesbrooks
THE WESBROOKS LAW FIRM, PLLC
15396 North 83rd Avenue, Suite C-100
Peoria, Arizona 85381

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85064

by _____
      Judicial Assistant